07 C 6994

CIRCUIT COURT SUMMONS                                        3101(Rev. 07/05)

STATE OF ILLINOIS | UNITED STATES OF AMERICA | COUNTY OF DU PAGE
IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

JEFFREY W. ANDERSON, and JEAN M. ANDERSON

PLAINTIFF

VS.

ALLIED VAN LINES, INC., and JACKSON MOVING & STORAGE

DEFENDANT

CASE NUMBER

**2007L001169**

TO: Allied Van Lines, Inc.
c/o IL Corp. Service C
801 Adlai Stevenson Dr.
Springfield, IL 62703

File Stamp Here

**SUMMONS**

To each defendant:

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the **Clerk of this Court, 505 North County Farm Road, Wheaton, Illinois** within 30 days after the service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of services and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS: **CHRIS KACHIROUBAS**, Clerk of the Eighteenth Judicial Circuit Court, and seal thereof at Wheaton, Illinois.

Date        **NOV 7 – 2007**

CHRIS KACHIROUBAS Circuit Court Clerk

Clerk of the Eighteenth Judicial Circuit

Name: Daniel M. Purdom          ☐ PRO SE
DuPage Attorney Number: 36700
Attorney for: Jeffrey and Jean Anderson
Address: 4343 Commerce Ct., Suite 415
City/State/Zip: Lisle, IL 60532
Telephone: 630-505-0010

NOTICE: The filing of an appearance or answer with the Circuit Court Clerk requires a statutory filing fee, payable at the time of filing.          2:40 PM

Date of Service: 11-15-07
(To be inserted by officer on copy left with Defendant or other person.)

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60189-0707