FILED
DECEMBER 12, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6994**

| | | |
|---|---|---|
| **JEFFREY W. ANDERSON and JEAN M. ANDERSON,** | ) ) ) | |
| **Plaintiffs,** | ) ) | Case No. |
| v. | ) ) | Judge **JUDGE DARRAH** |
| **ALLIED VAN LINES, INC. and JACKSON MOVING & STORAGE,** | ) ) ) ) ) | Magistrate Judge **MAGISTRATE JUDGE DENLOW** |
| **Defendants.** | ) | |

## NOTIFICATION OF AFFILIATES/DISCLOSURE STATEMENT

Defendant, Allied Van Lines, Inc., hereby files the Notification of Affiliates/Disclosure Statement pursuant Fed. R. Civ. P. 7.1 and Local Rule 3.2 and states:

1. Allied Van Lines, Inc. is a subsidiary of North American Van Lines, Inc., which is in turn a subsidiary of parent holding company, SIRVA, Inc.

2. SIRVA, Inc. is a publicly held corporation that owns 100% of the stock of North American Van Lines, Inc.

3. North American Van Lines, Inc. owns 100% of the stock of Allied Van Lines, Inc.

DATED: December 12, 2007

                                        Respectfully submitted,

                                        ALLIED VAN LINES, INC.

                            By:   /s/ Dennis E. French
                                    One of Its Attorneys

Dennis E. French
ARDC No. 3126101
Jonathan P. Stringer
ARDC No. 6276011
Dombroff & Gilmore, P.C.
10 South La Salle Street, Suite 1120
Chicago, Illinois 60603
Tel: (312) 781 – 0200
Fax: (312) 781 – 0800
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned attorney deposes and states that a copy of this document was served upon:

> Daniel M. Purdom and
> Joseph H. McMahon
> Hinshaw & Culbertson LLP
> 4343 Commerce Court, Suite 415
> Lisle, IL 60532-1099

by First Class Mail by depositing in the U.S. Mail at 10 S. La Salle St., Chicago, Illinois 60603 a properly addressed envelope with postage prepaid before 5:00 PM, on the 12th day of December, 2007.

> /s/ Dennis E. French
> Dennis E. French