.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6994**

| | | |
|---|---|---|
| **JEFFREY W. ANDERSON and JEAN M. ANDERSON,** | ) ) ) | |
| **Plaintiffs,** | ) ) | Case No. |
| v. | ) ) | Judge |
| **ALLIED VAN LINES, INC. and JACKSON MOVING & STORAGE,** | ) ) ) ) ) | Magistrate Judge |
| **Defendants.** | ) | |

**JUDGE DARRAH**
**MAGISTRATE JUDGE DENLOW**

## NOTIFICATION OF AFFILIATES/DISCLOSURE STATEMENT

Defendant, Jackson Moving & Storage, the assumed name of Woodridge Holdings, Inc., hereby files the Notification of Affiliates/Disclosure Statement pursuant Fed. R. Civ. P. 7.1 and Local Rule 3.2 and states:

1. Woodridge Holdings, Inc. is an Illinois corporation d/b/a Jackson Moving & Storage.

2. No publicly held corporations own any stock of Woodridge Holdings, Inc.

DATED: December 12, 2007

                                                                Respectfully submitted,

                                                                 ALLIED VAN LINES, INC.

                                      By:    /s/ Dennis E. French
                                                     One of Its Attorneys

Dennis E. French
ARDC No. 3126101
Jonathan P. Stringer
ARDC No. 6276011
Dombroff & Gilmore, P.C.
10 South La Salle Street, Suite 1120
Chicago, Illinois 60603
Tel: (312) 781 – 0200
Fax: (312) 781 – 0800
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned attorney deposes and states that a copy of this document was served upon:

Daniel M. Purdom and
Joseph H. McMahon
Hinshaw & Culbertson LLP
4343 Commerce Court, Suite 415
Lisle, IL 60532-1099

by First Class Mail by depositing in the U.S. Mail at 10 S. La Salle St., Chicago, Illinois 60603 a properly addressed envelope with postage prepaid before 5:00 PM, on the 12th day of December, 2007.

/s/ Dennis E. French
Dennis E. French