UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY W. ANDERSON and JEAN M. ANDERSON, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6994 |
| v. | ) ) | Judge Darrah |
| ALLIED VAN LINES, INC. and JACKSON MOVING & STORAGE, | ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) | |

**RULE 41(a)(1)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Jeffrey W. Anderson and Jean M. Anderson and Defendants Allied Van Lines, Inc. and Jackson Moving & Storage, by and through their respective counsels of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree that the above referenced matter be dismissed, with prejudice, with each party to bear their own costs and attorney's fees.

Dated: February 6, 2008

                Respectfully submitted,

                ALLIED VAN LINES, INC. and
                JACKSON MOVING & STORAGE

                By:   /s/ Dennis E. French
                        Dennis E. French
                        ARDC No. 3126101
                        Dombroff & Gilmore Jaques & French, P.C.
                        10 South La Salle Street, Suite 1120
                        Chicago, Illinois 60603
                        Tel: (312) 781 – 0200
                        Attorneys for Defendants

JEFFREY W. ANDERSON AND JEAN M. ANDERSON

By:   /s/ Daniel M. Purdom
      Daniel M. Purdom
      Hinshaw & Culbertson LLP
      4343 Commerce Court, Suite 415
      Lisle, IL 60532-1099

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2008, I filed this document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

      s/ Jonathan Stringer
      Jonathan P. Stringer
      ARDC 6276011